**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6706**

_____

UNITED STATES OF AMERICA,

            Petitioner - Appellee,

      v.

VICTOR PERKINS,

            Respondent - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:92-hc-00654-BR)

_____

Submitted:  September 25, 2014      Decided:  September 30, 2014

_____

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Victor Bernard Perkins, Appellant Pro Se.  Jennifer Dee Dannels,
FEDERAL MEDICAL CENTER, Butner, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Perkins appeals the district court's order denying his "motion to relieve of judgment pursuant to Rule 60(b)(5) & (6) of the FRCivP." We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. <u>United States v. Perkins</u>, No. 5:92-hc-00654-BR (E.D.N.C. Apr. 16, 2014). We further deny Perkins' motions and supplemental motions "to classify civil action as a class action," "for appeals conference," and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>